UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE  CASE NO. 25-19497-CLC
CHAPTER 13

Jorge Rodriguez and
Marlen Rodriguez
aka Marlen Lopez
Debtor

_____/

## LAKEVIEW LOAN SERVICING'S LIMITED RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

**COMES NOW**, Lakeview Loan Servicing, LLC, its Successors and/or Assigns (hereinafter "Lakeview"), by and through its undersigned counsel, as and for its Response to Debtors' Objection to Claim (10-1) of Pennymac Loan Services, LLC (Docket No. 34) and in support states as follows:

1. Lakeview holds a first lien on real property owned by the Debtor and located at 15401 NW 33rd Avenue., Miami Gardens, FL 33054

2. On or about September 25, 2025, Lakeview filed its Proof of Claim (Claim 10-1) in this case which reflected a pre-petition arrearage of $3,576.41 and total secured claim in the amount of $121,848.99.

3. On November 13, 2025, Debtors filed their Objection to Claim (Claim #10) (the "Objection") seeking to allow Lakeview's Claim with no distribution from the Chapter 13 Trustee as Debtor's Plan proposes to pay the Claim directly with the automatic stay lifted upon confirmation of the Plan.

4.      The Debtor's Objection does not dispute the fact that the Proof of Claim is timely filed before the claims bar date.  As such, Secured Creditor submits the filing of said claim "shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f).

5.      Lakeview does not oppose Debtor's Objection provided the terms of the Debtor's Plan remain in effect to and through confirmation.

**WHEREFORE**, Lakeview respectfully requests that the Court enter an Order sustaining Debtors' Objection to Claim 10 of Lakeview Loan Servicing, LLC, as noted above and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/Jason A. Weber
Jason A. Weber, Esq.
Fla. Bar No. 0051681

**TIFFANY & BOSCO, P.A.**
1201 S. Orlando Ave., Suite 430
Winter Park, FL 32789
Telephone:  (954) 828-1118
jaw@tblaw.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the addresses on the attached mailing list by First Class U.S. Mail Postage pre-paid and/or electronic mail this 19th day of November, 2025.

*Debtor*
Jorge Rodriguez
15401 NW 33RD AVE
Miami Gardens, FL 33054

*Joint Debtor*
Marlen Rodriguez
15401 NW 33RD AVE
Miami Gardens, FL 33054

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/Jason A. Weber
Jason A. Weber, Esq.
Fla. Bar No. 0051681